UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BECKERMEISTER and JORDAN BECKERMEISTER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, FRESNO POLICE DEPARTMENT, M. ALVAREZ, and JUSTIN BARONI,<br><br>Defendants. | Case No. 1:24-cv-00629-KES-HBK<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND REMAINING DEADLINES IN CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. No. 19) |

On June 25, 2025, the Parties filed a stipulated motion to extend the deadlines in the September 24, 2025 Case Management and Scheduling Order. (Doc. No. 19). The Parties request an extension to certain case management deadlines and the pretrial and trial dates by approximately sixth months while the Parties discuss a possible resolution of this case. (*Id*.). The Court finds good cause to grant an extension to certain deadlines in the Case Management and Scheduling Order (Doc. No. 11). Fed. R. Civ. P. 16(b)(4).

Accordingly, it is **ORDERED:**

1. The Parties' Stipulated Motion to Extend Certain Case Management and Scheduling Deadlines  and Pretrial and Trial Dates (Doc. No. 19) is GRANTED to the extent set

forth herein.[1]

2. The following amended dates shall govern the management of this action.

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 01/01/2026 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 02/01/2026 |
| Deadline for defendants to disclose expert report(s). | 02/01/2026 |
| Deadline for disclosing any expert rebuttal report(s). | 02/22/2025 |
| Deadline for expert discovery. | 04/03/2026 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271. ***The parties may contact Chambers prior to this date to arrange a settlement conference.*** | 04/10/2026 |
| Deadline to file pre-trial dispositive motions. *See* Fed. R. Civ. P. 56. | 05/14/2026 |
| Deadline to file final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rules 281, 282. | 10/05/2026 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283. (Monday) | 10/19/2026 at 1:30 p.m. |
| Trial Date. (Tuesday) | 12/08/2026 at 8:30 a.m. |

3. The procedures set forth in the September 5, 2024 Case Management and Scheduling Order (Doc. No. 11) otherwise will continue to govern this action.

Dated:  June 27, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court adjusted certain deadlines to conform to the district court's scheduling preferences and correct apparent scrivener errors.

2